AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

UNITED STATES OF AMERICA

V.

LEWIS JEFFREY COOK
DOB:
PDID:

**CRIMINAL COMPLAINT**

FILED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-306-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 8, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

On or about February 8, 2006, within the District of Columbia, the Defendant, Lewis Jeffrey Cook, threatened to murder, Christopher Mumola, an analyst employed by the United States Department of Justice, with the intent to interfere with Christopher Mumola, while he was engaged in the performance of his duties.

in violation of Title __18__ United States Code, Section(s) __115__.

I further state that I am __SA MARK BRASWELL, Special Agent with the DEPARTMENT OF HOMELAND SECURITY/FEDERAL PROTECTIVE SERVICE__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
MARK BRASWELL, Special Agent
DEPARTMENT OF HOMELAND SECURITY

AUSA, PATRICIA STEWART (202) 514-7064
Sworn to before me and subscribed in my presence,

JUN 29 2006        at        Washington, D.C.
Date                           City and State

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
## LEWIS JEFFREY COOK - Page 1

1. My name is Mark Braswell. I am a special agent with the U.S Department of Homeland Security, Federal Protective Service. My duties include the investigation of violations of the United States Code. I am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator Training Program, located in Glynco, GA.

2. A criminal investigation began on or about January 20, 2006 in reference to telephone threats made against Mr. Christopher Mumola. Mr. Mumola is a U.S Department of Justice (DOJ), Office of Justice Programs, Bureau of Labor Statistics, employee. These telephone calls were received on Mr. Mumola's office telephone located at a DOJ building in NW, Washington, DC.

3. A person, later identified as LEWIS JEFFREY COOK, began calling Mr. Mumola about the year 2000. COOK would call Mr. Mumola 3-6 times per years. In these telephone calls, COOK would inquire about statistical information held by the DOJ. Mr. Mumola provided information to COOK about these DOJ statistical data as part of Mr. Mumola's official government duties. Some of these calls were answered by the voicemail system on Mr. Mumola's office telephone and some of the calls were personally answered by Mr. Mumola during the course of his official government duties. On at least two (2) of these calls, COOK identified himself as LEWIS COOK and left the following telephone number: .

4. I called the private company that manages telephone number            and spoke with a manager. This person told me that mailbox 569 belongs to LEWIS COOK. This company is located in California.

5. I located a record in a law enforcement database that identified LEWIS JEFFREY COOK as a White Male, Date of Birth (      5, Social Security Number              I obtained records from the U.S. State Department that lists LEWIS JEFFREY COOK, DOB         , SSN        nd lists COOK's business telephone number as                   is record was signed by LEWIS J COOK on July 11, 2003. This matches the information given by the caller in this case.

6. On about January 20, 2006, COOK left a voicemail message on Mr. Mumola's office telephone system. In this message directed at Mr. Mumola, COOK used words to the effect of:

COOK> You       going to be dead meat.
COOK> You going to be a dead bunch of              Got that      ....

7. On about February 8, 2006, COOK called Mr. Mumola's office telephone and spoke directly with Mr. Mumola. During this conversation, COOK used words to the effect of:

COOK> That's right, we're watching your communist       all the time and you're gonna wind up a dead mother          You got that? You go home and tell your wife, too. You're gonna end up a bunch of dead mother

AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
LEWIS JEFFREY COOK - Page 2

8. On about April 10, 206, COOK called Mr. Mumola on his office telephone. The Caller-ID unit next to the telephone identified the source of this call as coming from            This number is managed by Metrostat Communications Inc and the area code is assigned to North Carolina. A check of Metrostat's records indicate that telephone number            has never been assigned to a customer.

9. On about June 23, 2006, COOK called Mr. Mumola on his office telephone. The Caller-ID unit identified the source of this call as coming from

10. On about June 27, 2006, I called COOK's voicemail (            and left a message. I identified myself as Agent Braswell and asked him to call me. I left a U.S. Government Nextel cellular telephone number as the call-back number. This cellular telephone was not currently assigned to a particular user when I received it. I have not given this number to any other person.

11. On about June 28, 2006 at about 10:06 AM local, a person called me on the above Nextel telephone. I answered the telephone as 'Hello, this is Agent Braswell. Can I help you?" This person identified himself as LEWIS COOK to me over the telephone. COOK said he had gotten my message on his voicemail. We talked and then COOK hung-up. I was in Northwest, Washington, D.C. performing official duties when I received this call.

12. On about June 28, 2006 at about 12:56 PM local, a person called me on the above Nextel telephone. I answered the telephone as 'Hello, this is Agent Braswell. Can I help you?" This person identified himself as LEWIS COOK. It sounded like the same person who called me at 10:06 AM. I was in Northwest, Washington, D.C. performing official duties when I received this call. During this conversation, COOK used words to the effect of:

COOK>    you    I don't have time for this. I have Air Force and Navy systems protecting me wherever I go. Got that
COOK> I am going to kill you mother

13. Also during this call, COOK asked where I was when he was honorable discharged from the U.S. Marine Corp in 1982. I asked COOK about his service in the U.S. Army and he admitted to also serving in the U.S. Army. I had previously obtained DOD records on LEWIS JEFFREY COOK, DOB            SN            that listed COOK's service in the U.S. Army and in U.S. Marine Corp. The records show that COOK was honorably discharged from the U.S. Marine Corp in 1982. This matches what the caller told me on the telephone.

_____
Affiant's Signature

JUN 29 2006
_____
Date