NOTICES

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SEALED

UNITED STATES OF AMERICA

v.

LEWIS JEFFREY COOK

## WARRANT FOR ARREST

CASE NUMBER: 06 - 306

FILED

SEP 1 1 2007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    LEWIS JEFFREY COOK,

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

charging him with (brief description of offense)

On or about February 8, 2006, within the District of Columbia, the Defendant, Lewis Jeffrey Cook, threatened to murder, Christopher Murnola, an analyst employed by the United States Department of Justice, with the intent to interfere with Christopher Murnola, while he was engaged in the performance of his duties.

JOHN M. FACCIOLA

in violation of Title 18 United States Code, Section(s) 115 .

_____          _____
Name of Issuing Officer          Title of Issuing Officer

_____          _____
Signature of Issuing Officer     Date and Location

Bail fixed at $_____   by _____
                                   Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |

| DATE RECEIVED 9/11/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/11/07 | T. Daly DUSM | |