IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA : Criminal No: **07-258**

v.

LEWIS COOK,

Defendant

**Violations:**

18 U.S.C. §115(a)(1)(B) and (b)(4)
(Threatening a Federal Official)

FILED
OCT - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERTS, J. RWR

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

Beginning on or about January 20, 2006, and continuing until on or about February 8, 2006, in the District of Columbia and elsewhere, the defendant **LEWIS COOK**, did threaten to assault Christopher Mumola, an employee of the United States engaged in the performance of official duties, with the intent to impede, intimidate, and interfere with Mr. Mumola, in and on account of the performance of his official duties.

(**Threatening Federal Official,** in violation of Title 18, United States Code, Section 115 (a)(1)(B) and (b)(4)).

JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney
for the District of Columbia

By: *[signature]*
BARBARA E. KITTAY
D.C. Bar #414216
Assistant U.S. Attorney
555 4th Street, N.W., Rm. 4846
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov