UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-258-RWR |
| v. | : | |
| LEWIS COOK, | : | FILED |
| Defendant. | : | OCT 19 2007 |
| | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### JOINT STATEMENT OF FACTS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through her attorney, hereby file this proposed statement of the evidence, in anticipation of the entry of a guilty plea:

1. "C.M." is and was at all relevant times, an employee of the United States Department of Justice (hereafter referred to as "DOJ," a federal agency of the United States government), assigned to the Office of Justice Programs.

2. Beginning in or about the year 2000, defendant LEWIS COOK began calling C.M. in his official capacity, at the telephone number assigned to him by DOJ and received at a telephone at DOJ premises located in Washington, D.C. At first, these calls occurred approximately three to six times per year, and in each call, defendant COOK requested statistical information from C.M., often identifying himself by name and supplying his telephone number and direct extension (a number that was later traced to California and confirmed to be the telephone number of defendant COOK). On some

-2-

occasions, defendant COOK left recorded messages on the DOJ voicemail system for C.R.

3. On all of the occasions that defendant COOK called, C.M. responded to his requests in his official capacity. These requests usually pertained to statistics maintained by DOJ regarding persons incarcerated within facilities maintained by the Bureau of Prisons, which is also an agency of DOJ and the United States government.

4. Beginning on or about January 20, 2006, defendant COOK's calls to C.M. reflected dissatisfaction with the information he was receiving, and became hostile and threatening with respect to the response he requested. On or about January 20, 2006, defendant COOK's message for C.M. included the phrases: "You queers going to be dead meat" and "you going to be a dead bunch of mother fuckers. Got that bitch."

5. On or about February 8, 2006, defendant COOK spoke directly to C.M., and stated, "We're watching your communist ass all the time and you're gonna wind up a dead mother fucker. You got that? You go home and tell your wife, too. You're gonna end up a bunch of dead mother fuckers." This response to C.M.'s attempt to respond to defendant COOK, while engaged in the performance of his official duties, impeded, intimidated and interfered with C.M.'s ability to perform those official duties.

6. In April and June of 2006, defendant COOK again attempted to contact C.M. at his office at DOJ, without success.

-3-

7. On or about June 28, 2006, a law enforcement agent contacted defendant COOK to discuss his telephone calls to C.M., and defendant COOK was verbally abusive in his communication with the agent.

                                    Respectfully Submitted,

                                    JEFFREY A. TAYLOR
                                    UNITED STATES ATTORNEY
                                    D.C. Bar Number 498610

By: _/s/ Barbara Kittay_____
                                    BARBARA E. KITTAY
                                    D.C. Bar Number 414216
                                    Assistant U.S. Attorney
                                    555 Fourth Street, N.W., Rm. 4846
                                    Washington, D.C.  20530
                                    Tel. (202) 514-6940
                                    Barbara.Kittay@usdoj.gov