AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
Lewis Jeffrey Cook

WAIVER OF INDICTMENT

CASE NUMBER: 07-258 (RWR)

I, Lewis Jeffrey Cook, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 19, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

FILED
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ct Ex 1

x Lewis J Cook
Defendant

Cab /\/\
Counsel for Defendant

Before _____
Judicial Officer