CO-526
(12/86)

Ct EX 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        )
                                )
           vs.                  )   Criminal No. 07-258 (RWR)
                                )
    Lewis Jeffrey Cook          )

**WAIVER OF TRIAL BY JURY**

FILED
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

x _Lewis J Cook_____
            Defendant

_Cab /s/_____
      Counsel for defendant

I consent:

Asst. _Barbara Kittay_____
      United States Attorney

Approved:

_M. Roberts_____
         Judge