UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LEWIS COOK )<br>) | Criminal No: 07-258 (RWR) |

### JOINT STATUS REPORT

Defendant, Lewis Cook, through undersigned counsel submits a Joint Status Report regarding his compliance with the terms of the Plea and Deferred Sentencing Agreement entered on October 19, 2007.

Upon information and belief, undersigned counsel state:

1.  Mr. Lewis Cook was presented in Magistrate Court on September 11, 2007 pursuant to a criminal complaint charging him with Threatening a United States Officer in violation of 18 U.S.C. § 115.  The criminal conduct took place while Mr. Cook was living in Thailand and the threats were communicated by telephone.  Mr. Cook's arrest was effectuated after he voluntarily returned to the United States to resolve his criminal matter.  Before returning to the United States Mr. Cook had been living in Asia, mostly in Thailand for approximately four years.

2.  After confirmation was presented that Mr. Cook could reside with his mother in Newport News, Virginia, Magistrate Judge Facciola released him on his personal recognizance. As part of his conditions of release Mr. Cook was order not to contact the complaining witness and not to return to Washington, D.C. unless ordered by the Court or to meet with his counsel.

While his case was pending Mr. Cook was in complete compliance with the conditions of his personal recognizance.

3. On October 19, 2007, Mr. Cook entered a guilty plea to a Criminal Information that charged Threatening a Federal Official in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4). The plea agreement also included the provision for a deferred sentencing. See Plea Agreement ¶ 6 "Government Concessions". Under that provision, the Government would allow Mr. Cook to withdraw his guilty plea and they would enter a nolle prosequi. The latter benefits are contingent on Mr. Cook satisfying the terms of the plea agreement during an eighteen (18) month period. A critical component of the plea agreement was the return of Mr. Cook's passport and permission to leave the United States and return to Thailand.

4. The Court accepted the plea agreement and set additional conditions in the Release Order. The conditions included a continuing prohibition to contact the complaining witness, to report any address change or re-arrest to Pre-Trial Services and to obtain employment or enroll in school.

5. After sentencing, Mr. Cook stayed in Newport News until the second week in November when he traveled to Thailand. Mr. Cook is in Thailand, residing in Bangkok in the area of Khao San Road. Mr. Cook has called undersigned on a monthly basis to confirm that he is still residing in Bangkok, Thailand. Mr. Cook last called undersigned counsel on January 3, 2008 and left a voice mail indicating that he was still residing in Bangkok, Thailand.

6. Federal Proctive Service Special Agent Mark Braswell, the investigative officer in this case advised government counsel that a check of law enforcement records indicates that Lewis Cook has not been arrested since his arrest in this case and there are no outstanding warrants for his arrest; he has not contacted the employees of government agencies whom he had

contacted prior to this case, and he has not contacted the complainant in this case.

    Wherefore, undersigned counsel respectfully submit the Status Report concerning Mr. Cook's compliance with the terms of the plea agreement.

                                              Respectfully submitted,

                                              A.J. KRAMER
                                              FEDERAL PUBLIC DEFENDER


                                              _____/s/_____
                                              Carlos J. Vanegas
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, N.W.
                                              Suite 550
                                              Washington, D.C.  20004
                                              (202)  208-7500


                                              JEFFREY A. TAYLOR
                                              United States Attorney


                                              _____/s/_____
                                              OPHER SHWEIKI
                                              Assistant United States Attorney
                                              D.C. Bar No. 458776
                                              555 4th Street, N.W. Room 4233
                                              (202)353-8822
                                              Opher.Shweiki@usdoj.gov