**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **Criminal No: 07-258 (RWR)** |
| v.   ) | |
| ) | |
| **LEWIS COOK**  ) | |
| ) | |

**JOINT STATUS REPORT**

Defendant, Lewis Cook, through undersigned counsel submits a Status Report regarding

his compliance with the terms of the Plea and Deferred Sentencing Agreement entered on

October 19, 2007.

Upon information and belief, undersigned counsel states:

1.      Mr. Lewis Cook was presented in Magistrate Court on September 11, 2007

pursuant to a criminal complaint charging him with Threatening a United States Officer in

violation of 18 U.S.C. § 115.  The criminal conduct took place while Mr. Cook was living in

Thailand and the threats were communicated by telephone.  Mr. Cook's arrest was effectuated

after he voluntarily returned to the United States to resolve his criminal matter.  Before returning

to the United States Mr. Cook had been living in Asia, mostly in Thailand for approximately four

years.

2.      Once in the United States and while his case was pending, Mr. Cook resided with

his mother in Newport News, Virginia.   Up until he entered his guilty plea and deferred

sentencing agreement, Mr. Cook abided by all the conditions of release imposed by Magistrate

Judge Facciola.

3.      On October 19, 2007, Mr. Cook entered a guilty plea to a Criminal Information

that charged Threatening a Federal Official in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

The plea agreement included a provision for a deferred sentencing. See Plea Agreement ¶ 6

"Government Concessions".  Under that provision, the Government would allow Mr. Cook to

withdraw his guilty plea and they would enter a nolle prosequi. The latter benefits are contingent

on Mr. Cook satisfying the terms of the plea agreement during an eighteen (18) month period.   A

critical component of the plea agreement was the return of Mr. Cook's passport and permission

to leave the United States and return to Thailand.

4.      The Court accepted the plea agreement and set additional conditions in the

Release Order.  The Court maintained the prohibition that Mr. Cook not contact the complaining

witness and that he report any address change or re-arrest to Pre-Trial Services and to obtain

employment or enroll in school.

5.      Mr. Cook continues to live in Bangkok, Thailand and resides at the Sawasdee

Smile Inn located at 35 Soi Rongmai, Cao Fa Road, Pharankorn.  Mr. Cook has called

undersigned on a monthly basis to confirm that he is still residing in Bangkok, Thailand.  Mr.

Cook last called undersigned counsel on April 7, 2008 and confirmed the above address.

6.      Government counsel has indicated that from their perspective based on law

enforcement inquiries,  Mr. Cook is in compliance with the terms of the plea and deferred

sentencing agreement.  Sine he was before the Court, Mr. Cook has not been arrested and there

are no outstanding warrants for his arrest.  Mr. Cook has also abided by the prohibition against

contacting the employees of government agencies whom he had contacted prior to this case, and

he has not contacted the complainant in this case.

Wherefore, undersigned counsel respectfully submits the Status Report concerning Mr.

Cook's compliance with the terms of the plea agreement.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202)  208-7500




JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
OPHER SHWEIKI
Assistant United States Attorney
D.C. Bar No. 458776
555 4th Street, N.W. Room 4233
(202)353-8822
Opher.Shweiki@usdoj.gov