UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-258 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| **LEWIS COOK,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Opher Shweiki** telephone number **(202) 353-8822** and/or email address **Opher.Shweiki@usdoj.gov**.  **Opher Shweiki**, will substitute for former Assistant United States Attorney **Barbara E. Kittay** as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

_____/s/_____
**Opher Shweiki, # 458-776**
**Assistant United States Attorneys**
**Federal Major Crimes**
**555 4th Street, NW, Room 4233**
**Washington, DC 20530**
**(202) 353-8822**