UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LEWIS COOK )<br>) | Criminal No: 07-258 (RWR) |

**JOINT STATUS REPORT**

Defendant, Lewis Cook, through undersigned counsel submits his Status Report regarding his compliance with the terms of the Plea and Deferred Sentencing Agreement entered on October 19, 2007.

Upon information and belief, undersigned counsel states:

1. Mr. Lewis Cook was presented in Magistrate Court on September 11, 2007 pursuant to a criminal complaint charging him with Threatening a United States Officer in violation of 18 U.S.C. § 115. The criminal conduct took place while Mr. Cook was living in Thailand and the threats were communicated by telephone. Mr. Cook's arrest was effectuated after he voluntarily returned to the United States to resolve his criminal matter. Before returning to the United States Mr. Cook had been living in Asia, mostly in Thailand for approximately four years.

2. Once in the United States and while his case was pending, Mr. Cook resided with his mother in Newport News, Virginia. Up until he entered his guilty plea and deferred sentencing agreement, Mr. Cook abided by all the conditions of release imposed by Magistrate Judge Facciola.

3. On October 19, 2007, Mr. Cook entered a guilty plea to a Criminal Information that charged Threatening a Federal Official in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4). The plea agreement included a provision for a deferred sentencing. See Plea Agreement ¶ 6 "Government Concessions". Under that provision, the Government will allow Mr. Cook to withdraw his guilty plea and enter a nolle prosequi. The latter benefits are contingent on Mr. Cook satisfying the terms of the plea agreement during an eighteen (18) month period.

4. The Court accepted the plea agreement and set additional conditions in the Release Order. The Court maintained the prohibition that Mr. Cook not contact the complaining witness and that he report any address change or re-arrest to Pre-Trial Services and to obtain employment or enroll in school. Pursuant to the plea agreement, the government returned Mr. Cook's passport and allowed him to leave the United States and return to reside in Thailand.

5. Mr. Cook continues to live in Bangkok, Thailand and resides at the Sawasdee Smile Inn located at 35 Soi Rongmai, Cao Fa Road, Pharankorn. Mr. Cook calls undersigned counsel frequently around the time that the status report is to be submitted[1]. Mr. Cook called undersigned counsel on July 1, 2008 and July 14, 2008 to confirm that he is still living at the above address in Bangkok, Thailand.

6. Government counsel made inquiries from the appropriate law enforcement agencies to confirm that Mr. Cook has not been re-arrested and that he is in compliance with the prohibition against contacting the complaining witness.

Wherefore, undersigned counsel respectfully submits the Status Report concerning Mr. Cook's compliance with the terms of the plea agreement.

---

[1] "Undersigned counsel" specifically refers to Assistant Federal Public Defender Carlos J. Vanegas.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Carlos J. Vanegas
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C.  20004
        (202)  208-7500



        JEFFREY A. TAYLOR
        United States Attorney


        _____/s/_____
        OPHER SHWEIKI
        Assistant United States Attorney
        D.C. Bar No. 458776
        555 4th Street, N.W. Room 4233
        (202)353-8822
        Opher.Shweiki@usdoj.gov