**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Cr. No.  07-cr-258 (RWR)** |
| | : | |
| **LEWIS COOK,** | : | |
| **Defendant.** | : | |

**JOINT SUPPLEMENTAL STATUS REPORT AND MOTION**
**TO FILE SECOND SUPPLEMENTAL STATUS REPORT IN 14 DAYS**

In accordance with the Court's minute order, dated July 17, 2008, the United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this joint supplemental status report, on behalf of the parties, addressing whether the defendant, Lewis Cook, is in compliance with the condition of release, which is set forth in the Plea and Deferred Sentencing Agreement entered on October 19, 2007, requiring him to work or study in school.

Since the entry of the minute order on July 17, 2008, defense counsel contacted Mr. Cook regarding his compliance with this work/school requirement and recently learned from Mr. Cook that he has not been working or studying in school while he has been living in Thailand.  It appears that Mr. Cook has not been able to work due to an inability to obtain proper authorization from that country to do so.  Also, it appears Mr. Cook has not been able to study in school because he does not have the funds to pay for such an educational program.

Recognizing that the defendant has apparently not been complying with the work/school requirement of the plea agreement, the parties respectfully request the opportunity to submit a second supplemental status report in 14 days to further address the feasibility of the defendant complying with the work/school requirement while living in Thailand and, if such compliance is not feasible, to provide the Court with the parties' respective positions on what actions, if any, should be taken

based on this non-compliance.   The additional time to review this issue is requested by the parties

given that defense counsel only recently became aware that Mr. Cook has not been working or

studying in school, and given that defense counsel and government counsel have upcoming scheduled

leave – defense counsel will be out of the office from August 7 - 12 and government counsel will be

out of the office from August 11-15.

WHEREFORE, the United States, on behalf of the parties, respectfully submits this

Supplemental Status Report concerning Mr. Cook's compliance with the work/school requirement

of the plea agreement and requests the opportunity to file to a Second Supplemental Status Report to

further address this issue in 14 days, on August 20, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


                /s/
By:    OPHER SHWEIKI
       Assistant United States Attorney
       Bar No. 458776
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 353-8822
       Opher.Shweiki@usdoj.gov



A.J. KRAMER
FEDERAL PUBLIC DEFENDER


                /s/
By:    Carlos J. Vanegas
       Assistant Federal Public Defender
       625 Indiana Avenue, N.W.
       Suite 550
       Washington, D.C. 20004
       (202) 208-7500
       Carlos_Vanegas@fd.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Cr. No.  07-cr-258 (RWR)** |
| | : | |
| **LEWIS COOK,** | : | |
| **Defendant.** | : | |

**ORDER**

Based upon the parties' Joint Motion to File a Second Supplemental Status Report to

address the  defendant's compliance with the condition of release, which is set forth in the Plea

and Deferred Sentencing Agreement entered on October 19, 2007, requiring him to work or study

in school, and good cause having been shown, it is this_____ day of

_____, 2008, hereby

**ORDERED** that the motion is granted, an it is further

**ORDERED** that the parties shall be allowed to file a Second Supplemental Status Report

on August 20, 2008.


_____
RICHARD W. ROBERTS
United States District Judge


copies to:

Opher Shweiki
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004