UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **FILED** |
| v. | : Cr. No. 07-cr-258 (RWR) | AUG 7 - 2008 |
| LEWIS COOK, | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| Defendant. | : | |

ORDER

Based upon the parties' Joint Motion to File a Second Supplemental Status Report to address the defendant's compliance with the condition of release, which is set forth in the Plea and Deferred Sentencing Agreement entered on October 19, 2007, requiring him to work or study in school, and good cause having been shown, it is this _6th_ day of _August_, 2008, hereby

**ORDERED** that the motion is granted, an it is further

**ORDERED** that the parties shall be allowed to file a Second Supplemental Status Report and proposed Order on August 20, 2008.

_____/s/ Richard W. Roberts_____
RICHARD W. ROBERTS
United States District Judge

copies to:

Opher Shweiki
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004