UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LEWIS COOK ) | Criminal No: 07-258 (RWR) |

**JOINT SUPPLEMENTAL STATUS REPORT AND REQUEST FOR
A MODIFICATION OF THE DEFERRED SENTENCING AGREEMENT**

Defendant, Lewis Cook, through undersigned counsel submits the following Supplemental Status Report regarding his compliance with the employment and/or education requirement of the Plea and Deferred Sentencing Agreement and submits his request for a modification of the agreement.

Upon information and belief, undersigned counsel states:

1. On October 19, 2007, Mr. Cook entered a guilty plea to a Criminal Information that charged Threatening a Federal Official in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4). The criminal conduct took place while Mr. Cook was living in Thailand and the threats were communicated by telephone. Mr. Cook's arrest was effectuated after he voluntarily returned to the United States to resolve his criminal matter. Before returning to the United States Mr. Cook had been living in Asia, mostly in Thailand for approximately four years.

2. The plea agreement included a provision for a deferred sentencing. See Plea Agreement ¶ 6 "Government Concessions". Under that provision, the Government will allow Mr. Cook to withdraw his guilty plea and enter a nolle prosequi. The latter benefits are

1

contingent on Mr. Cook satisfying the terms of the plea agreement during an eighteen (18) month period. Pursuant to the agreement, Mr. Cook is required to either "regularly attend school and/or work at a lawful occupation, or [ ] seek employment." Id. at 3 ¶ 7.

    3.    On July 17, 2008, the Court issued a minute order requesting information regarding Mr. Cook's compliance with the requirement that he either attend school or seek and obtain employment. Since the Court issued its July 17th order, undersigned counsel has spoken with Mr. Cook on four occasions regarding how he could satisfy the employment or education requirement of the plea agreement. Mr. Cook informed undersigned counsel that he is unable to work because by under Thai immigration laws he is not allowed to seek employment. Mr. Cook is authorized to reside in Thailand on an extended tourist visa. When his visa is about to expire Mr. Cook travels to a neighboring country and processes a new tourist visa. In Thailand Mr. Cook subsists on his monthly social security payment of approximately $650.00 dollars. Because he is not a citizen of Thailand, Mr. Cook is ineligible for government sponsored educational programs. Finally, because he cannot speak Thai, it is impractical for Mr. Cook to attend school in Thailand.

    4.    Aside from his inability to fulfill the employment or education requirement of the plea agreement, Mr. Cook has been in full compliance with the remainder of his deferred sentencing obligations. Mr. Cook continues to live in Bangkok, Thailand and resides at the Sawasdee Smile Inn located at 35 Soi Rongmai, Cao Fa Road, Pharankorn. Mr. Cook calls undersigned counsel frequently around the time that the status report is to be submitted[1]. Since

---

[1] "Undersigned counsel" specifically refers to Assistant Federal Public Defender Carlos J. Vanegas.

the Court issued the July 17, 2008 minute order, Mr. Cook has called undersigned on a weekly basis. Mr. Cook has called to provide the parties and Court with relevant information regarding the financial and legal obstacles that he faces in obtaining employment or attending school in Thailand.

5. In light of Mr. Cook's inability to work and attend school in Thailand, the parties agree that Mr. Cook can continue to reside in Thailand and satisfy the remaining terms of the deferred sentencing agreement. Thus far, Mr. Cook has satisfied the primary obligation of the agreement which is to abide with a complete stay away from the complaining witness. Furthermore, Mr. Cook has not been re-arrested or charged with any crime since he entered the deferred sentencing agreement.

Wherefore, the parties submit the requested Supplemental Status Report concerning Mr. Cook's compliance with the terms of the plea agreement and request that the employment and education requirements be discharged until such time that Mr. Cook reestablishes residency in the United States.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
OPHER SHWEIKI
Assistant United States Attorney
D.C. Bar No. 458776
555 4th Street, N.W. Room 4233
(202)353-8822
Opher.Shweiki@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No: 07-258 (RWR) |
| v. ) | |
| LEWIS COOK ) | |

### ORDER

Upon consideration of the parties Supplemental Status Report and Request to Modify the Deferred Sentencing Agreement entered on October 19, 2007 it is hereby

**ORDERED** that defendant Lewis Cook is hereby discharged from obtaining employment or attending school while he resides in Thailand or outside of the United States.

**SO ORDERED**

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

_____
DATE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Opher Shweiki
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530